IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00326-PAB-6

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.    RODOLFO DOMINGUEZ,

    Defendant.

_____

### PRELIMINARY ORDER OF FORFEITURE
_____

This matter comes before the Court on the United States' Amended Motion for Preliminary Order of Forfeiture Only as to Defendant Rodolfo Dominguez [Docket No. 2182] pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said motion and being fully advised in the premises finds:

    1.    On March 8, 2012, the United States and defendant Rodolfo Dominguez entered into a Plea Agreement [Docket No. 2054], which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.

    2.    The government has established the requisite nexus between the property and the offense.

    3.    Prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

Therefore, it is

ORDERED that defendant Rodolfo Dominguez's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853:  2004 grey Dodge Ram 1500 Quad ST/SLT pickup truck, VIN:1D7HU18D54S755889.  Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.  It is further

ORDERED that the United States, or its designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make its return as provided by law.  It is further

ORDERED that the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed.  It is further

ORDERED that, upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.  The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.  It is further

ORDERED that this Preliminary Order of Forfeiture will be amended pursuant to Rule 32.2(e)(1) if additional specific property is later identified.

DATED May 8, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge