**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks          Date: August 10, 2012
Court Reporter: Janet Coppock                  Time: 60 minutes
Probation Officer: Susan Heckman               Interpreter: n/a

---

**CASE NO.  10-CR-00326-PAB-06**

Parties                                        Counsel

**UNITED STATES OF AMERICA,**                  MJ Menendez
                                               Kasandra Carleton
                                               Special Agent Shane Messner
                                               Special Agent Shane Abraham


          Plaintiff,


vs.


**6.  RODOLFO DOMINGUEZ,**                      Mitchell Baker




          Defendant.

---

**SENTENCING**

---

**8:07 a.m      COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
10-CR-00326-PAB-06
August 10, 2012

Argument by Ms. Menendez in support of the Government's Motion for Downward Departure Pursuant to United States Sentencing Guideline § 5K1.1.

Argument by Mr. Baker.

Court states its conclusions.

**ORDERED:**  Government's Motion for Downward Departure Pursuant to United States Sentencing Guideline § 5K1.1 (Doc #2281) is **GRANTED.**

Mr. Baker addresses sentencing.

Ms. Menendez addresses sentencing.

Further comments by Mr. Baker.

Court states its findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **March 8, 2012** to count **One of the First Superseding Indictment.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **132** months.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED:**  **Conditions** of Supervised Release that:
(**X**)  Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
(**X**)  While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.

Page Three
10-CR-00326-PAB-06
August 10, 2012

(**X**)   Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

(**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

()   Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:**   **Special Condition** of Supervised Release that:

(**X**)   Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

(**X**)   Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the    presentence report to the treatment agency for continuity of treatment.

(**X**)   The **special assessment** obligation is due immediately.  Any unpaid balances upon release from incarceration shall be paid in monthly installment payments during the term of supervised release.  The monthly installment payment will be calculated as at lease 10 percent of the defendant's gross monthly wages.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**   Government's Motion for Decease for Acceptance of Responsibility (Doc #2280) is **GRANTED.**

**ORDERED:**   Government's Motion to Dismiss Counts 22 through 30 (Doc #2279) is **GRANTED.**

**ORDERED:**   Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Page Four
10-CR-00326-PAB-06
August 10, 2012

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**9:07 a.m.        COURT IN RECESS**

**Total in court time:   60 minutes**

**Hearing concluded**